UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA AUBREY,<br><br>                            Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                           Defendant. | Case No.: 17-CV-1289-JLS (BGS)<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 8) |

Presently before the Court is Plaintiff Pamela Aubrey's Motion to Strike Defendant's Affirmative Defenses. (ECF No. 8.) The Court **VACATES** the hearing currently set for October 19, 2017 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 11, 2017

                                                              *Janis L. Sammartino*
                                                              Hon. Janis L. Sammartino
                                                              United States District Judge